**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-29743 |
| BRIAN D. FEINER | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 3/8/13
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 1/29/13                      By: _/s/ Joji Takada_
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          §
                                §
BRIAN D. FEINER                 §    Case No. 11-29743
                                §
        Debtor(s)               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,081.62 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 12,081.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 1,958.16 | $ 0.00 | $ 1,958.16 |
| Trustee Expenses: Joji Takada | $ 29.40 | $ 0.00 | $ 29.40 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 992.00 | $ 0.00 | $ 992.00 |
| Accountant for Trustee Expenses: Callero and Callero LLP | $ 5.87 | $ 0.00 | $ 5.87 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,985.43 |
| Remaining Balance | $ 9,096.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,355.52  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  18.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $ 11,718.25 | $ 0.00 | $ 2,116.78 |
| 3 | CHASE BANK USA N.A | $ 15,098.10 | $ 0.00 | $ 2,727.31 |
| 5 | Suburban Teamsters of Northern Illionis | $ 2,300.00 | $ 0.00 | $ 415.47 |
| 6 | Elan Financial Services | $ 21,239.17 | $ 0.00 | $ 3,836.63 |

Total to be paid to timely general unsecured creditors       $             9,096.19

Remaining Balance                                             $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: Joji Takada
                     Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-29743-BWB
Brian D. Feiner                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 2          Date Rcvd: Jan 30, 2013
                              Form ID: pdf006        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2013.
```
db         +Brian D. Feiner,    936 Bluebell Circle,    Joliet, IL 60431-8874
17564523   +Capital Management Services, LP,    PO Box 964,    Buffalo, NY 14220-0964
18046589    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17564524   +Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19850-5153
17564525    Chase Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
17564526   +Clerk of the Circuit Court,    Grundy County,    PO Box 707, 111 E. Washington,
             Morris, IL 60450-0707
18351556   +Elan Financial Services as Servicer for The Privat,     PO Box 5229,    Cincinnati, OH 45201-5229
17564529    First Community Bank & Trust,    PO Box 457,    Beecher, IL 60401-0457
17564530   +Gustafson & Munoz,    6 West Cass St.,    Joliet, IL 60432-4116
17564532    M.B. Capital Holdings,    205 Midow Road,    Clarendon Hills, IL  60514
17564531   +Mack of Joliet,    23928 Winchester Drive,    Channahon, IL 60410-3288
17564533    Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA  18002-6314
17564534    Nationwide Credit, Inc.,    3835 N. Freeway Blvd, Ste 115,    Sacramento, CA  95834-1977
17564535    Private Bank,   Cardmember Service,    PO Box 790408,    St. Louis, MO  63179-0408
17564537   #Private Bank,    PO Box 979,    Bloomfield Hills, MI  48303-0979
17564538   +Reich, Jumbeck & Assoc., LLP,    116 N. Chicago St., Suite 555,    Joliet, IL 60432-4286
17564539    State Disbursement Unit,    PO Box 5400,    Carol Stream, IL  60197-5400
17564540   +Suburban Teamsters of,    Northern Illinois,    John J Toomey ESQ, Arnold & Kadjan,
             203 N LaSalle St Suite 1650,    Chicago, IL 60601-1257
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17564522   +E-mail/Text: cms-bk@cms-collect.com Jan 31 2013 02:23:48     Capital Management Services, LP,
             726 Exchange St., Ste 700,    Buffalo, NY 14210-1464
17564528    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2013 02:30:04     Discover Card Services,
             PO Box 30943,    Salt Lake City, UT  84130
17976165    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2013 02:35:08     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17564527    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2013 02:35:08     Discover Card Services,
             PO Box 6103,    Carol Stream, IL  60197-6103
17564536   +E-mail/Text: mtasch@maleckitasch.com Jan 31 2013 03:54:45     Private Bank,
             c/o Lebow Malecki & Tasch LLC,    903 Commerce Suite 160,    Oak Brook, IL 60523-8830
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: pseamann            Page 2 of 2                  Date Rcvd: Jan 30, 2013
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2013 at the address(es) listed below:

```
              Anthony J Peraica     on behalf of Debtor Brian D. Feiner peraicalaw@aol.com,   cwinans@peraica.com
              Joji   Takada     on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji   Takada     trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Martin D. Tasch     on behalf of Creditor    First American Bank c/o Martin D Tasch
               mtasch@taschlaw.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Rhonda   Stuart     on behalf of Creditor    The Private Bank & Trust Company rstuart@maleckitasch.com
                                                                                             TOTAL: 6
```