UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BRIAN D. FEINER § Case No. 11-29743
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Joji Takada, Chapter 7 Trustee_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PRIVATE BANK |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| Callero and Callero LLP | | | | | |
| Callero and Callero LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Suburban Teamsters of Northern Illionis | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CHASE BANK USA N.A | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 6 | Elan Financial Services | | | | | |
| 5 | Suburban Teamsters of Northern Illionis | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-29743 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BRIAN D. FEINER | | | | Date Filed (f) or Converted (c): | 07/20/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/15/2011 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 5.00 | 0.00 | | 0.00 | FA |
| 2. Personal Checking Account with PrivateBank | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Household goods, furnishings, electronics | 1,070.00 | 0.00 | | 0.00 | FA |
| 4. Personal Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 5. Life Insurance Policy | Unknown | Unknown | | 0.00 | FA |
| 6. 1000 Shares Common Stock B&K Transport Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 2004 Mercury Grand Marquis | 2,775.00 | 375.00 | | 0.00 | FA |
| 8. 2003 Mac CH613 Truck | 10,500.00 | 8,575.00 | | 5,000.00 | FA |
| 9. 2000 Dierzen Trailer | 5,000.00 | 1,273.33 | | 7,081.62 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $20,500.00 | $10,223.33 | | $12,081.62 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

111611--Filed Objection to Motion to Dismiss, Objection to Exemption, and Motion for Turnover of Property of the Estate
112311--DEADLINE TO OBJECT TO DISCHARGE EXTEND TO 022312
121611--Agreement reached re: Objection to Exemption and Motion for Turnover; Debtor to turnover trailer to liquidator.
081712--Hired accountant to estate.
092812--Abandoned interest in equity interest in Debtor's company.
121312--Debtor made required payments and proceeds received; Auctioneer liquidated trailer and proceeds received; Draft TFR forwarded to UST.
013013--TFR and Fee Application filed with court.

Initial Projected Date of Final Report (TFR): 07/20/2013    Current Projected Date of Final Report (TFR): 07/20/2013

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-29743  
Case Name: BRIAN D. FEINER  
Taxpayer ID No: XX-XXX0381  
For Period Ending: 07/02/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX5932  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/12 | 8 | B&K Transport | Proceeds from sale<br>Installment payment for tractor | 1129-000 | $1,500.00 | | $1,500.00 |
| 02/23/12 | 8 | Brian Feiner | Proceeds from sale<br>Progress payment for tractor | 1129-000 | $500.00 | | $2,000.00 |
| 03/13/12 | 8 | Brian Feiner | Proceeds from sale | 1129-000 | $500.00 | | $2,500.00 |
| 03/20/12 | 9 | American Auction Associates, Inc.<br>8515 S Thomas Ln, Bridgeview, IL 60455 | Proceeds from sale<br>Auction of trailer | 1129-000 | $7,081.62 | | $9,581.62 |
| 04/11/12 | 8 | Brian Feiner | Proceeds from sale<br>Sale of tractor to Debtor | 1129-000 | $500.00 | | $10,081.62 |
| 05/07/12 | 8 | B&K Transport | Proceeds from sale<br>Sale of tractor | 1129-000 | $500.00 | | $10,581.62 |
| 06/28/12 | 8 | Brian Feiner | Proceeds from sale<br>Installment payment for tractor | 1129-000 | $500.00 | | $11,081.62 |
| 07/25/12 | 8 | Brian Feiner | Proceeds from sale<br>Tractor back to debtor | 1129-000 | $500.00 | | $11,581.62 |
| 08/22/12 | 8 | Brian Feiner | Proceeds from sale<br>Sale of tractor | 1129-000 | $500.00 | | $12,081.62 |
| 02/12/13 | | Transfer to Acct # xxxxxx8931 | Transfer of Funds | 9999-000 | | $12,081.62 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $12,081.62 | $12,081.62 |
| Less: Bank Transfers/CD's | $0.00 | $12,081.62 |
| Subtotal | $12,081.62 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,081.62 | $0.00 |

Page Subtotals: $12,081.62    $12,081.62

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-29743 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | BRIAN D. FEINER | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX8931 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0381 | Blanket Bond (per case limit): | |
| For Period Ending: | 07/02/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx5932 | Transfer of Funds | 9999-000 | $12,081.62 | | $12,081.62 |
| 03/13/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Distribution | | | $1,987.56 | $10,094.06 |
| | | Joji Takada | Final distribution representing a payment of 100.00 % per court order. | ($1,958.16) | 2100-000 | | |
| | | Joji Takada | Final distribution representing a payment of 100.00 % per court order. | ($29.40) | 2200-000 | | |
| 03/13/13 | 100002 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Distribution | | | $997.87 | $9,096.19 |
| | | Callero and Callero LLP | Final distribution representing a payment of 100.00 % per court order. | ($992.00) | 3410-000 | | |
| | | Callero and Callero LLP | Final distribution representing a payment of 100.00 % per court order. | ($5.87) | 3420-000 | | |
| 03/13/13 | 100003 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 2 representing a payment of 18.06 % per court order. | 7100-000 | | $2,116.78 | $6,979.41 |
| 03/13/13 | 100004 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Final distribution to claim 3 representing a payment of 18.06 % per court order. | 7100-000 | | $2,727.31 | $4,252.10 |
| 03/13/13 | 100005 | Suburban Teamsters of Northern Illionis<br>c/o John J Toomey<br>Arnold & Kadjan<br>203 N LaSalle St Suite 1650<br>Chicago, IL 60601 | Final distribution to claim 5 representing a payment of 18.06 % per court order. | 7100-000 | | $415.47 | $3,836.63 |
| 03/13/13 | 100006 | Elan Financial Services<br>PO Box 5229<br>Cincinnati, OH 45201 | Final distribution to claim 6 representing a payment of 18.06 % per court order. | 7100-000 | | $3,836.63 | $0.00 |

Page Subtotals:   $12,081.62   $12,081.62

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Exhibit 9

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $12,081.62 | $12,081.62 |
| Less: Bank Transfers/CD's | $12,081.62 | $0.00 |
| Subtotal | $0.00 | $12,081.62 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $12,081.62 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5932 - Checking Account | $12,081.62 | $0.00 | $0.00 |
| XXXXXX8931 - Checking | $0.00 | $12,081.62 | $0.00 |
|  | $12,081.62 | $12,081.62 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $12,081.62 |
| Total Gross Receipts: | $12,081.62 |